932

No. 272, Misc. TOMASELLI *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 274, Misc. BROOKINS *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 276, Misc. MAHURIN *v.* NASH, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 277, Misc. GATES *v.* DORAME. Appellate Department, Superior Court of California, Los Angeles County. Certiorari denied.

No. 279, Misc. BALLEM *v.* PENNSYLVANIA. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.

No. 283, Misc. LEE *v.* SCHNECKLOTH, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.

No. 286, Misc. IN RE YANTZ. Court of Appeals of Maryland. Certiorari denied.

No. 288, Misc. BYRD *v.* PEPERSACK, WARDEN. Court of Appeals of Maryland. Certiorari denied.

No. 296, Misc. MYSHOLOWSKY *v.* NEW YORK. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied.